IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JOHN NORMAN SIMS
GEORGE GUYTON CANNADY
 and
RONALD BENTON POWERS
_____/

CASE NUMBER:

3:13 cr 77 LAC

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendants,

JOHN NORMAN SIMS
GEORGE GUYTON CANNADY
and
RONALD BENTON POWER

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendants.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 23rd day of July, 2013, at Tallahassee, Florida.

_____
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE