UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:13cr77LAC

JOHN NORMAN SIMS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 13, 2014
Motion/Pleadings:  STIPULATED NOTICE OF FORFEITURE (requesting that the Court recognize this Notice and enter the forfeiture of One Hundred Ninety-Five Thousand Dollars ($195,000.00) in lieu of the real property located at 225 Kings Ridge Court, Southern Pines, North Carolina in the Defendant's Judgment)
Filed by  Government & Defendant    on   11/10/14          Doc.#   161

RESPONSES:
                                   on                  Doc.#
                                   on                  Doc.#

X    Stipulated        Joint Pldg.
     Unopposed         Consented

                          JESSICA J. LYUBLANOVITS, CLERK OF COURT

                          *s/Mary Maloy*
LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of November, 2014, that:*
*(a) The relief requested is APPROVED.*
*(b)* _____

                                            *s/L.A. Collier*
Entered On Docket: _____ By: __      ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   *Senior United States District Judge*
Copies sent to:_____

Document No.