**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

     **vs.**                                        **Case No.: 3:13cr77-LAC**

**JOHN NORMAN SIMS**

                                   /

**GOVERNMENT'S MOTION TO ASSIGN RESTITUTION**
**TO THE CRIME VICTIMS' FUND**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the Court order the Clerk of the United States District Court to transfer and deliver any future restitution payments made by defendants John Norman Sims in this case that would have been delivered to the United States Air Force to the Crime Victims Fund in the Treasury, for the reasons set forth below.

1.     On October 28, 2014, the Court sentenced defendant John Norman Sims and subsequently on November 19, 2014, entered a criminal judgment against John Norman Sims in the above captioned case that included an order of restitution in the amount of $250,000. The restitution judgment has not been paid yet by the defendant and is due and owing.

2.     The Judgment of defendant Sims directs that the defendant shall make restitution to the United States Air Force, the victim in this case. (Doc. 170 at 7).

3.     Because the affected contracts related to the bribery and fraud committed in this prosecution are closed and have been completed, the United States Air Force has advised the undersigned that it requests that its interest in the ordered restitution be assigned to the Crime Victims Fund in the Treasury.

4.      Pursuant to Title 18, United States Code, Section 3664(g)(2), a victim may at any time assign the victim's interest in restitution payments to the Crime Victims Fund in the Treasury without in any way impairing the obligation of the defendant to make such payments.

5.      The United States has no objection to the proposed assignment of restitution rights.

WHEREFORE, the United States respectfully requests that the Court enter an Order directing the Clerk of the United States District Court, Northern District of Florida, to transfer and deliver all future payments made by the Defendant John Norman Sims for restitution in this case, which would have been directed to the United States Air Force, to the following:

> Crime Victims Fund
> Office for Victims of Crime
> United States Department of Justice
> 810 Seventh Street NW., Eighth Floor
> Washington, DC 20531

The United States further requests that the Court direct the Clerk to continue to apply such payments to the outstanding balance of defendant Sims' financial obligations pursuant to the Judgment entered in this case.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney
Florida Bar No. 322415
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been provided to James Van Camp, Esq., and John Beroset, Esq., counsel for the defendant, John Norman Sims, via CM/ECF, and to a representative of the United States Air Force by electronic mail, this 24th day of November, 2014.

/s/ Stephen M. Kunz
STEPHEN M. KUNZ
Assistant United States Attorney